**JEFFREY C. METZGER, Bar No. 96583**
**LAW OFFICES OF JEFFREY C. METZGER**
**23041 Mill Creek Drive**
**Laguna Hills, California 92653**
**jmetzger@metzgerlaw.com**
**Phone: (949) 454-1196**
**Fax: (949) 454-0830**

Attorney For: Plaintiff, Joni Alexander

**SEAN P. NALTY, Bar No. 121253**
**DONALD P. SULLIVAN, Bar No. 191080**
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
**525 Market Street, 17th Floor**
**San Francisco, CA 94105**
**Phone: 415-433-0990**
**Fax: 415-434-1370**
**Sean.Nalty@WilsonElser.com**
**Donald.Sullivan@WilsonElser.com**

**Attorneys for Defendant, CIGNA Life Insurance Company of New York and Salomon Smith Barney Long Term Disability Plan**

JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| JONI ALEXANDER,<br><br>          Plaintiff,<br><br>vs.<br><br>CIGNA LIFE INSURANCE COMPANY OF NEW YORK; SALOMON SMITH BARNEY INC LONG TERM DISABILITY INCOME POLICY,<br><br>          Defendants. | CASE NO.:  SACV 10-01674 CJC (RNBx)<br><br>**ORDER** |

ORDER

The above-referenced action shall be dismissed in its entirety with prejudice as to all defendants, including any defendant previously dismissed without prejudice. The parties are to bear their own respective attorneys' fees and costs.

Dated: November 15, 2011     _____
                             HON. CORMAC J. CARNEY
                             United States District Judge